IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CATHY SIMMONS, Individually, and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:10-CV-162 |
| v. | § § § | |
| LANDIS + GYR INC., a Delaware corporation, and CELLNET TECHNOLOGY, INC., a Delaware corporation, | § § § § § § | |
| Defendants. | § | |

## DEFENDANTS LANDIS + GYR INC.'S AND CELLNET TECHNOLOGY, INC.'S REQUEST TO TAKE JUDICIAL NOTICE

TO THE HONORABLE WALTER S. SMITH, JR.:

Defendants Landis + Gyr Inc. and Cellnet Technology, Inc. (collectively, "Defendants") hereby file this Request in Support of their Motion to Dismiss and Motion to Strike Plaintiff's Corrected Class Action Complaint and respectfully ask that the Court take judicial notice of the following pursuant to Federal Rule of Evidence 201.

### I. DOCUMENTS

1. Navigant Consulting LLC's Report of Investigation to the Texas Public Utilities Commission, "Evaluation of Advanced Metering System (AMS) Deployment in Texas," dated July 30, 2010. A true and correct copy is attached to the separate Appendix in Support of Defendant's Motion to Dismiss as Exhibit A.

2. Robert and Jennifer Cordts' Complaint filed in the District Court in Dallas County, Texas against Oncor Electric Delivery Company on March 26, 2010 and given Cause Number 10-03504. A true and correct copy is attached to the separate Appendix in Support of Defendant's Motion to Dismiss as Exhibit B.

3. Oncor Electric Delivery Company's Plea to the Jurisdiction and Answer to Cordts' Complaint filed in the District Court in Dallas County, Texas on May 3, 2010. A true and correct copy is attached to the separate Appendix in Support of Defendant's Motion to Dismiss as Exhibit C.

4. The Dallas County, Texas District Court's Order Dismissing the Cordts' Complaint for lack of subject matter jurisdiction entered on August 13, 2010. A true and correct copy is attached to the separate Appendix in Support of Defendant's Motion to Dismiss as Exhibit D.

5. The Texas Public Utility Commission's order approving Oncor's Smart Meter deployment plan, dated August 29, 2008. A true and correct copy is attached to the separate Appendix in Support of Defendant's Motion to Dismiss as Exhibit E.

## II. ARGUMENT AND AUTHORITIES

On a motion to dismiss, the Court may properly consider not only Plaintiff's pleadings but also (1) any documents attached to Plaintiff's Complaint, (2) any documents whose contents are alleged in the Complaint but are not attached to the Complaint, (3) documents filed in another court to establish the fact of such litigation and related filings, and (4) any other matter for which judicial notice is appropriate. *See Lovelace v. Software Spectrum Inc.*, 78 F.3d 1015, 1018 (5th Cir. 1996); *Taylor v. Charter Medical Corp.*, 162 F.3d 827, 831 (5th Cir. 1998).

Judicial notice is appropriate for those facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). For example, a Court may take judicial notice of the rules, regulations and orders of administrative agencies issued pursuant to their delegated authority. *Carter v. American Telephone & Telegraph Co.*, 365 F.2d 486, 492 (5th Cir. 1966). Judicial notice is appropriate "at any stage of the proceeding." Fed. R. Evid. 201(f).

Here the materials listed – documents published for or by the Texas Public Utility Commission and documents filed in another court – all are appropriate for judicial notice.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of each of the documents identified above.

Respectfully submitted,

Gail E. Lees
California Bar No. 90363
Holly A. Jones
California Bar No 266743
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Ave., 47th Fl
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Austin V. Schwing
California Bar No. 211696
GIBSON, DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Stuart Smith*
State Bar No. 18685885
NAMAN, HOWELL, SMITH & LEE, LLP
P.O. Box 1470
400 Austin Ave., Ste. 800
Waco, Texas 76701
Telephone No.: (254) 755-4100
Facsimile No.:  (254) 754-6331

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendants Landis + Gyr Inc.'s and Cellnet Technology, Inc.'s Request to Take Judicial Notice has been sent via the Court's electronic filing system and by first class mail to the following counsel of record for Plaintiff on this 7th day of September, 2010:

David G. Gamble
Seema Tendolkar
Brant C. Martin
Wick Phillips Gould & Martin, LLP
210 Ross Avenue, Suite 950
Dallas, Texas 75201

Paul O. Paradis
Gina M. Tufaro
Horwitz, Horwitz & Paradis
405 Lexington Avenue, 61st Floor
New York, New York 10174

Paul R. Kiesel
Kiesel Boucher Larson LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910

*Stuart Smith*